| | |
|---|---|
| 1  J. Chad Mitchell, WSBA #39689 | THE HONORABLE EDWARD F. SHEA |
| 2  SUMMIT LAW GROUP PLLC<br>315 Fifth Avenue South, Suite 1000 | |
| 3  Seattle, Washington 98104-2682 | FILED IN THE<br>U.S. DISTRICT COURT |
| 4  Telephone: (206) 676-7000<br>Facsimile: (206) 676-7001 | EASTERN DISTRICT OF WASHINGTON |
| 5 | NOV 23 2010 |
| 6  *Attorneys for Defendants bVisual USA, Inc.,*<br>*bVisual Group LTD., d/b/a bVisual World* | JAMES R. LARSEN, CLERK<br>_____DEPUTY |
| 7  *Distribution LTD., bVisual S.A.,*<br>*Stephan Anthony Larson, Brian Larson,* | RICHLAND, WASHINGTON |
| 8  *Jane Doe Larson, and Allan Holbrook* | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| NUMBERS LICENSING, LLC, a Washington limited liability company, | CASE NO. CV-09-065-EFS |
| Plaintiff, | **CONSENT JUDGMENT** |
| v. | |
| bVISUAL USA, INC., a Delaware corporation, bVISUAL GROUP LTD., d/b/a bVISUAL WORLD DISTRIBUTION LTD., an Irish corporation, bVISUAL S.A., a Panamanian corporation; STEPHAN ANTHONY (TONY) LARSON; BRIAN LARSON, JANE DOE LARSON and their marital community; TOM BORKOWSKI, an individual; and ALLAN HOLBROOK, an individual, | |
| Defendants. | |

FINAL JUDGMENT ON CONSENT - 1
(CV-09-065-EFS)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

| | |
|---|---|
| 1 | bVISUAL USA, INC., a Delaware corporation, bVISUAL GROUP LTD., d/b/a bVISUAL WORLD DISTRIBUTION LTD., an Irish corporation, bVISUAL S.A., a Panamanian corporation, and TOM BORKOWSKI, an individual, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Counterclaim/Third-Party Plaintiffs, |
| 7 | |
| 8 | v. |
| 9 | NUMBERS CONSULTING INC., a Washington limited liability company, NUMBERS LICENSING, LLC, a Washington corporation, RAND RENFROE and JAN RENFROE and their marital property, |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | Counterclaim/Third-Party Defendants. |

The Complaint in the above-captioned action having been filed on March 5, 2009 against Defendants bVisual USA, Inc., bVisual Group Ltd., bVisual S.A. ("bVisual"), Stephan Anthony (Tony) Larson; Brian Larson, Jane Doe Larson, Allan Holbrook, and Tom Borkowski (collectively "Defendants"); and Defendants having filed their Answers with counterclaims and third-party claims against Numbers Consulting Inc., Numbers Licensing, LLC (the "Plaintiff"), Rand Renfroe, and Jan Renfroe (collectively, "Numbers" or "Counterclaim Defendants") on May 4, 2009; and Numbers' Reply to Defendants' counterclaims having been filed on May 26, 2009; and the Parties having agreed to resolve their claims,

FINAL JUDGMENT ON CONSENT - 2
(CV-09-065-EFS)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

counterclaims and third-party claims with prejudice in accordance with the settlement agreement reached by the parties resolving the action on the basis set forth below; and the parties having agreed that the Court may find: Numbers asserted that it is the creator and owner of a system that facilitates an audio and video internet communications service, including the ability to share a user's computer screen with others over the internet (the "System") and that Defendants have infringed Numbers' rights in the System. Defendants denied any wrongdoing or liability on the claims asserted against them. Plaintiffs denied any wrongdoing or liability on the counterclaims and third-party actions asserted against them.

In addition to bVisual's ownership rights under the "work made for hire" doctrine of the copyright laws of the United States of America and any other applicable laws, Numbers hereby releases and assigns to bVisual any and all right, title and interest it **may** have in and to the System, including but not limited to the following: 1) U.S. Copyright Certificate No. TX 6-882-666 and any other federal or common law copyrights related to the System ("Copyrights"); 2) technical and confidential information, including formulas and formulations, techniques and methods, patentable and un-patentable ideas, compositions, data, databases, specifications, process and production information unique to the System ("Know-How"); and 3) any and all applications for patent and patents related thereto in any and all countries, including all divisionals, continuations, reissues, and extensions thereof and all rights of priority resulting from the filing of such application, including pending U.S. Provisional Patent Application Serial No. 61/152,699

FINAL JUDGMENT ON CONSENT - 3
(CV-09-065-EFS)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

("Patents") (the Copyrights, Know-How and Patents collectively referred to as "Intellectual Property.").

All Parties agree that Jan Renfroe resigned and was removed as a Director/Officer of bVisual S.A. effective November 21, 2008.

The Court having hereby adopted the foregoing findings; and the parties having further agreed that the Court may enter judgment based on the foregoing findings, and that the Parties claims and causes of action may be settled and dismissed with prejudice on the terms set forth below and more fully set forth in the Settlement Agreement and Releases executed by the Parties on January 25, 2010, it is therefore:

## ORDERED, ADJUDGED AND DECREED

1. Numbers assigns to bVisual any and all right, title and interest it may have to the Intellectual Property. Numbers shall execute all necessary documents to effectuate the transfer of such rights.

2. bVisual shall pay a settlement amount in the sum of One Hundred and Twenty Thousand Dollars ($120,000) to Numbers (the "Settlement Payment") in settlement of this and related State Court Complaint (*Numbers Consulting, Inc. v. bVisual USA, Inc., et al.*, Case Nos. 09-2-119-9 and 09-2-000602-5) for payment of monies due.

3. The Parties acknowledge that the Intellectual Property is regarded as highly confidential, particularly the applicable source code. Numbers shall be prohibited from disclosing the Intellectual Property to any other party, and agree that such disclosure shall be deemed a material breach of this agreement. bVisual agrees that Numbers' duty of non-disclosure will not apply to any Intellectual

FINAL JUDGMENT ON CONSENT - 4
(CV-09-065-EFS)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Property:  1) that appears in issued patents, printed publications in integrated form or that otherwise is or becomes generally known in the trade through no fault or action of the Plaintiffs; or 2) that Numbers can show by written records was in its possession prior to its relationship with bVisual.  Numbers agrees that the Intellectual Property is not deemed published, generally known in the trade, or otherwise within the public domain, merely because certain aspects of the Intellectual Property are embraced by general disclosures in the public domain or in Numbers' possession.  Numbers has already filed U.S. Copyright Certificate No. TX 6-882-666 and U.S. Provisional Patent Application Serial No. 61/152,699.  While these past filings are not by themselves breaches of this duty of non-disclosure, the existence and contents of these filings shall not be deemed exceptions under subparts 1 and 2 of this paragraph.

   4.   Continuing Protective Order:

   a. The following types of information, produced during the course of discovery or otherwise obtained through the Litigation shall be "CONFIDENTIAL INFORMATION":

   i. Any confidential or trade secret information relating to the design, engineering, manufacture, sales, installation, maintenance and service of the parties' equipment, systems software, source code, parts, products and services.  This includes, but is not limited to, information relating to the System.

   ii. Names and addresses of the parties' customers, as well as any other information about such customers, including an analysis of their buying or purchasing habits, requirements, specifications, needs, or payment methods.

FINAL JUDGMENT ON CONSENT - 5
(CV-09-065-EFS)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

    iii. The proprietary business methods, plans, systems, or procedures used by the parties in the management and operation of their business, including any proprietary information, methods, systems, know-how, or trade secrets.

    iv. Any information that a party designated as "CONFIDENTIAL INFORMATION" under the terms of the Protective Order entered in this Case (Dckt. 138), including but not limited to deposition testimony, transcripts, and documents produced in the litigation.

b. CONFIDENTIAL INFORMATION was produced and was to be used solely and exclusively for purposes of this case and the related State Court proceeding (*Numbers Consulting, Inc. v. bVisual USA, Inc.*, Nos. 09-2-119-9 and 09-2-60-5). The opposing parties' CONFIDENTIAL INFORMATION shall not be used in or for other cases, proceedings, or disputes, or for any personal, commercial, business, competitive, or other purpose whatever except in defense or prosecution of the Intellectual Property.

c. Except in defense or prosecution of the Intellectual Property, the opposing parties' CONFIDENTIAL INFORMATION may not be disclosed to anyone other than counsel and staff, experts who have signed Exhibit A to the Protective Order, and parties to the Lawsuits. No person who received or reviewed an opposing parties' CONFIDENTIAL INFORMATION shall disclose it or its contents to any person other than those described in this Consent Order and for the purposes specified in paragraph 4(b) above.

d. Within thirty (30) days after final dismissal of this case, all CONFIDENTIAL MATERIALS obtained (including copies thereof) shall be returned to the producing party. All notes, drafts, memoranda, work papers and other materials that contain confidential information obtained from a party (whether prepared by outside counsel, in-house attorneys, or other persons specified in this Order), may be destroyed or retained by outside counsel for the obtaining party, and, if so retained, shall be preserved as Confidential in accordance with the terms of this Order.

FINAL JUDGMENT ON CONSENT - 6
(CV-09-065-EFS)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

e. A breach of the provisions of the Protective Order shall be subject to sanctions, in the discretion of the Court, as authorized by any statute, rule or inherent power of the Court, or as otherwise provided by law.

f. The provisions of the Protective Order included herein shall survive and remain in full force and effect after the entry of final dismissal of this case. Within 30 days after dismissal of the case, the Protective Order entered in this case (Dckt. 138) is terminated, but the provisions included herein shall remain in full force and effect.

g. Under paragraph 2 of the Settlement Agreement and Releases, as of January 27, 2010, any and all CONFIDENTIAL and/or ATTORNEYS' EYES ONLY designations made pursuant to the Protective Order by Numbers on any documents or information in any way related to the System were withdrawn. The Parties intend to preserve certain provisions of the Protective Order through this Consent Judgment. Accordingly, nothing in paragraph 4(a) of this Consent Judgment shall be construed to treat as CONFIDENTIAL INFORMATION any documents or information produced by Numbers during the course of the Litigation and formerly covered by the Protective Order that in any way relate to the System.

5. This Court will retain jurisdiction of the case to enforce this Consent Judgment, the Settlement Agreement and Releases, and any other agreements resolving the disputes between the Parties. Prior to filing any motion or claim for breach, the party claiming breach will communicate with the other party's attorneys, and the allegedly breaching party will have 30 days to cure any potential breach. The case is otherwise dismissed in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

We consent to the entry of the foregoing Consent Judgment:

FINAL JUDGMENT ON CONSENT - 7
(CV-09-065-EFS)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

SUMMIT LAW GROUP PLLC

/s/ J. Chad Mitchell
J. Chad Mitchell, WSBA #39689
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
Telephone: (206) 676-7000
Facsimile: (206) 676-7001
chadm@summitlaw.com

Phillip C. Samouris, CSBA #163303
*(pro hac vice)*
Higgs, Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone: (619) 236-1551
Facsimile: (619) 696-1410
samouris@higgslaw.com

*Attorneys for Defendants bVisual USA, Inc., bVisual Group LTD., d/b/a bVisual World Distribution LTD., bVisual S.A., Stephan Anthony Larson, Brian Larson, Jane Doe Larson, and Allan Holbrook*

Dated: _____

bVisual USA, Inc.

By _____
Its _____SECRETARY_____
Dated _____102810_____

bVisual Group Ltd., dba bVisual World Distribution Ltd.

By _____

FINAL JUDGMENT ON CONSENT - 8
(CV-09-065-EFS)

|   |   |
|---|---|
| 1 | Its **PRESIDENT**<br>Dated **28 OCT 2010** |
| 2 | bVisual S.A. |
| 3 |   |
| 4 | By _(signature)_ |
| 5 | Its **PRESIDENT**<br>Dated **28 OCT 2010** |
| 6 |   |
| 7 | _(signature)_ |
| 8 | Tony Larson<br>Dated **28 OCT 2010** |
| 9 |   |
| 10 | _(signature)_ |
| 11 | Brian Larson |
| 12 | Dated **102810** |
| 13 | _(signature)_ |
| 14 | Angela Larson |
| 15 | Dated **10/28/2010** |
| 16 |   |
| 17 |   |
| 18 | Allan Holbrook<br>Dated _____ |
---

Its **PRESIDENT**
Dated **28 OCT 2010**

bVisual S.A.

By _/s/_
Its **PRESIDENT**
Dated **28 OCT 2010**

_/s/_
Tony Larson
Dated **28 OCT 2010**

_/s/_
Brian Larson
Dated **102810**

_/s/_
Angela Larson
Dated **10/28/2010**

_____
Allan Holbrook
Dated _____

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  Its _____
   Dated _____
2
   bVisual S.A.
3

4
   By _____
5    Its _____
   Dated _____
6

7
   _____
8  Tony Larson
   Dated _____
9

10

11 Brian Larson
   Dated _____
12

13

14 _____
   Angela Larson
15 Dated _____

16 *Allan Holbrook* (signature)
17
   Allan Holbrook
18 Dated  October 29 2010

19
20
21
22
23
24
25

FINAL JUDGMENT ON CONSENT - 9              SUMMIT LAW GROUP PLLC
(CV-09-065-EFS)                            315 FIFTH AVENUE SOUTH, SUITE 1000
                                           SEATTLE, WASHINGTON 98104-2682
                                           Telephone: (206) 676-7000
                                           Fax: (206) 676-7001

INVICTA LAW GROUP PLLC

/s/ Mark Vincent Jordan
Mark Vincent Jordan, WSBA #18461
Stacie Foster, WSBA #23397
1000 Second Avenue, Suite 3310
Seattle, Washington 98104-1019
Telephone: (206) 903-6364
Facsimile: (206) 903-6365
mjordan@invictalaw.com
sfoster@invictalaw.com

*Attorneys for Plaintiff*

Dated: 11-01-2010

Numbers Consulting, Inc.

By /s/ Jan Renfroe
Its President
Dated Oct 28, 2010

Numbers Licensing, LLC

By /s/ Jan Renfroe
Its Manager
Dated 10-28-2010

/s/ Jan Renfroe
Jan Renfroe
Dated 10-28-2010

/s/ Rand Renfroe
Rand S. Renfroe
Dated 10/31/2010

FINAL JUDGMENT ON CONSENT - 10
(CV-09-065-EFS)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1

2  THE LAW OFFICE OF HELEN A. BOYER

3  /s/ Helen A. Boyer
   Helen A. Boyer, WSBA #16225
4  2018 156th Ave. NE, Suite 100
   Bellevue, Washington 98007
5  Telephone: (425) 392-2373
   Facsimile: (425) 427-1723
6  helenaboyer@comcast.net

7

8  *Attorney for Defendant Tom Borkowski*

9  Dated: 10-29-2010

10

11

12  _____
    Thomas J. Borkowski
13  Dated 10-29-2010

14

FINAL JUDGMENT ON CONSENT - 11
(CV-09-065-EFS)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**IT IS SO ORDERED.**

DATED this 22nd day of November, 2010.

_____
THE HONORABLE EDWARD F. SHEA

FINAL JUDGMENT ON CONSENT - 12
(CV-09-065-EFS)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001